# Court of Appeals
# of the State of Georgia

ATLANTA,  March 22, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1297. JERRY MARTIN v. THE STATE.**

Jerry Dewayne Martin was convicted in 2005 of aggravated sexual battery, aggravated child molestation, enticing a child for indecent purposes, and child molestation. His convictions were affirmed in an unpublished opinion. See *Martin v. State*, Case No. A07A0274 (decided May 22, 2007). Martin recently filed two pro se motions, one seeking to set aside his judgment of conviction and another to recuse the trial judge. On May 17, 2017, the trial court entered orders denying the motions. Martin filed both an application for discretionary appeal and the instant direct appeal seeking review of the same orders. On June 29, 2017, this Court dismissed Martin's application for discretionary appeal, finding that we lacked jurisdiction to consider the order denying Martin's motion to set aside his judgment of conviction and the denial of his motion to recuse is moot. *Martin v. State*, Application No. A17D0499 (June 29, 2017). As a result, the doctrine of res judicata bars Martin from seeking further appellate review of the trial court's orders. See *Norris v. Norris*, 281 Ga. 566,

567-568 (2) (642 SE2d 34) (2007); see also *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) ("It is axiomatic that the same issue cannot be relitigated ad infinitum. The same is true of appeals of the same issue on the same grounds."). In light of the foregoing, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/22/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*